JOSEPH MONTESANO, Individually and as President of Rochester Firefighters, Inc., Local 1071, IAFF, AFL-CIO, as Trustee of ROCHESTER FIREFIGHTERS ASSOCIATION MUTUAL AID FUND and on Behalf of all Other Similarly Situated Individuals Providing Fire Protection to City of Rochester, et al., Respondents, v FLOYD A. MADISON, as Chief of Fire Department of City of Rochester and as Administrator of Firefighters' Insurance Fund of City of Rochester, et al., Appellants.

Submitted April 4, 2011; decided June 2, 2011

Motion, insofar as it seeks leave to appeal from the Appellate Division order that affirmed the Supreme Court order granting in part respondents' motion for an order of contempt against appellants, dismissed upon the ground that such order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of the Claim of SUE ANN PAIVANAS, Appellant, v THE RESOURCE CENTER et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted April 11, 2011; decided June 2, 2011

Motion for reargument of motion for leave to appeal denied [*see* 16 NY3d 781 (2011)].